# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JAMES EDWARD MACALPINE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00223-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| DENNIS L. HOWELL, et al., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2018 Order.

August 14, 2018

Frank G. Johns, Clerk
United States District Court